UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KENNETH ODOM,**
    Plaintiff,

v.                          Case No. 3:09cv570/MCR/CJK

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**
    Defendants.
_____/

### ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 15, 2014 (doc. 112). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 112) is adopted and incorporated by reference in this Order.

2. Defendants' motion for summary judgment (doc. 106) is **GRANTED**.

3. The Clerk shall enter judgment accordingly and close the file.

**DONE AND ORDERED** this 19th day of August, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**